UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-191-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID D. WHITEHEAD,<br>*Defendant.* | **ORDER TO SEQUESTER WITNESSES** |

The Defendant's Motion to Sequester Witnesses is hereby GRANTED. All witnesses scheduled to testify at trial shall be sequestered from the courtroom and one another during the course of the trial.

This the 20 day of April, 2022.

_____
THE HON. TERRENCE W. BOYLE
United States District Judge